1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11      ROBERT ALONZO, II,                    ) Case No. CV 09-9191 JST (JCG)
                                              )
12                       Petitioner,          )
                                              )  **JUDGMENT**
13              v.                            )
                                              )
14      RAUL LOPEZ, Warden,                   )
                                              )
15                       Respondent.          )
                                              )
16      _____      )
17
18
19          IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH**
20      **PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and
21      Recommendation.
22
23      DATED: September 15, 2011
24
25                                      **JOSEPHINE STATON TUCKER**
                                        HON. JOSEPHINE STATON TUCKER
26                                      UNITED STATES DISTRICT JUDGE
27
28

1